EDWARD B. DOLTON, EXECUTOR, DEFENDANT IN ERROR, v. MARIE M. SICKEL, PLAINTIFF IN ERROR.

Submitted December 9, 1902—Decided March 2, 1903.

For the plaintiff in error, *Holt & Van Dike.*

For the defendant in error, *Frank S. Katzenbach, Jr.*

PER CURIAM.

The judgment in the Supreme Court in this cause was entered upon the opinion of Mr. Justice Garrison, reported in 37 *Vroom* 492, which opinion adopted, in respect to one point involved, the opinion of the same justice in *Yetter* v. *King Confectionery Co.,* reported in *Id.* 491.

The judgment of the Supreme Court is affirmed, for the reasons given in the opinion referred to.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, FORT, HENDRICKSON, PITNEY, BOGERT, VOORHEES, VROOM. 8.

*For reversal*—DIXON, VREDENBURGH. 2.